# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 10-60529 TJT | Trustee: (420470) Timothy J. Miller |
| Case Name: FRAYSETH, ERIKA | Filed (f) or Converted (c): 06/25/10 (f) |
| | §341(a) Meeting Date: 07/28/10 |
| Period Ending: 09/14/10 | Claims Bar Date: |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 Primary Residence<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 150,000.00 | 0.00 | DA | 0.00 | FA |
| 2 Cash<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 3 Comerica Bank account<br>Orig. Asset Memo: Original petition value: -176.00;<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 Furniture, appliances, TV<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 books, pics, dvd, cds<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 Clothes, shoes, coats<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 watches<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 20.00 | 0.00 | DA | 0.00 | FA |
| 8 .25 Targa .22 High Standard .22 Centinel .380 Co<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 9 GM (6 Shares)<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 14.00 | 0.00 | DA | 0.00 | FA |
| 10 Estate of James W. Freyseth, Estate of Spouse pa<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | 0.00 | | 0.00 | 0.00 |
| 11 Chrysler Neon 1997<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 12 Jeep Liberty 2006 | 6,000.00 | 2,550.00 | DA | 0.00 | FA |

Printed: 09/14/2010 09:00:58 AM    V.12.52

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-60529 TJT

**Case Name:** FRAYSETH, ERIKA

**Period Ending:** 09/14/10

**Trustee:** (420470) Timothy J. Miller

**Filed (f) or Converted (c):** 06/25/10 (f)

**§341(a) Meeting Date:** 07/28/10

**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition<br>Doc# 1 | | | | | |
| 13 | 1987 chaparral Cabin<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2 Beagles 1 Mixed breed dog<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 3.00 | 0.00 | DA | 0.00 | FA |
| **14** | **Assets**     **Totals** (Excluding unknown values) | **$160,187.00** | **$2,550.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

7/28/10 need docs- copy of will of husband

Investigating wrongful death claims and dram shop claims.

**Initial Projected Date Of Final Report (TFR):** September 22, 2011

**Current Projected Date Of Final Report (TFR):** September 22, 2011

September 14, 2010

Date

/s/ Timothy J. Miller

Timothy J. Miller